UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LATEE ROBINSON,

        Plaintiff,

  -against-            9:10-CV-0993 (LEK/CFH)

SGT. ROME, Prison Watch Commander;
*et al.*,

        Defendants.

_____

## ORDER

  This matter comes before the Court following a Report-Recommendation filed on May 24, 2013, by the Honorable Christian F. Hummel, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Northern District of New York Local Rule 72.3(d).  Dkt. No. 68 ("Report-Recommendation").

  Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations."  FED. R. CIV. P. 72(b); L.R. 72.1(c).  A court is to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b).  Where, however, an objecting "party makes only conclusory or general objections, or simply reiterates his original arguments, [a court] reviews [a report-recommendation] only for clear error."  Farid v. Bouey, 554 F. Supp. 2d 301, 306 (N.D.N.Y. 2008) (quoting McAllan v. Von Essen, 517 F. Supp. 2d 672, 679 (S.D.N.Y. 2007)); see also Brown v. Peters, No. 95-CV-1641, 1997 WL 599355, at *2-3 (N.D.N.Y. Sept. 22, 1997).  "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made

by the magistrate judge." 28 U.S.C. § 636(b)(1).

Plaintiff filed objections to the Report-Recommendation on June 27, 2013, more than two weeks after the deadline. Dkt. No. 69 ("Objections"); see also Report-Rec. Although the Court accepts the late objections because Plaintiff is currently incarcerated and proceeding *pro se*, the Court nonetheless concludes that the objections are general, rather than specific, and therefore warrant only clear-error review. See generally Objs. After a thorough review of the Report-Recommendation and the record, the Court determines that the Report-Recommendation is not clearly erroneous or manifestly unjust.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 68) is **APPROVED** and **ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendants' First Motion (Dkt. No. 59) for summary judgment is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED with prejudice**; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon the parties to this action.

**IT IS SO ORDERED**.

DATED:   July 02, 2013
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge